| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br>NORTHERN DISTRICT OF OHIO | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Envelope Mart of Northeast Ohio, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Envelope Mart Print Group**<br>**DBA EM Print Group** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1459124** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1540 Lowell Street**<br>**Elyria, OH 44035**<br>Number, Street, City, State & ZIP Code<br><br>**Lorain**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.emprintgroup.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Envelope Mart of Northeast Ohio, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3231__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | **Envelope Mart of Northeast Ohio, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Envelope Mart of Northeast Ohio, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 15, 2025**
MM / DD / YYYY

X  **/s/  Bradley Thompson**          **Bradley Thompson**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Michael A Steel**          Date  **May 15, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Michael A Steel 0072367**
Printed name

**Michael Steel**
Firm name

**2950 West Market Street Suite G**
**Fairlawn, OH 44333**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address  **msteel@steelcolaw.com**

**0072367 OH**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Envelope Mart of Northeast Ohio, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 15, 2025**     X  /s/   **Bradley Thompson**
                                       Signature of individual signing on behalf of debtor

                                       **Bradley Thompson**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

25-12125-skk    Doc 1    FILED 05/18/25    ENTERED 05/18/25 19:07:02    Page 5 of 17

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | Credit Card | | | | $16,769.48 |
| Capital One<br>P.O. Box 650010<br>Dallas, TX 75265-0010 | | Credit Card | | | | $54,049.09 |
| Case Paper Co.<br>499 East Tioga Street<br>Philadelphia, PA 19134 | | Vendor | | | | $93,463.91 |
| Central States Commerial Roofing<br>14554 Maplewood Rd<br>Townville, PA 16360 | | Vendor | | | | $16,353.50 |
| Cenveo Worldwide Limited<br>P.O. Box 74007456<br>Chicago, IL 60674-7456 | | Vendor | | | | $47,803.08 |
| Envelope Mart Toledo<br>2639 Tracy Road<br>Northwood, OH 43619 | | Vendor | | | | $20,547.05 |
| Huntington National Bank<br>2361 Morse Road NC1 W37<br>Columbus, OH 43229 | | | | $773,610.02 | $0.00 | $773,610.02 |

| Debtor | Envelope Mart of Northeast Ohio, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Huntington National Bank<br>2361 Morse Road NC1 W37<br>Columbus, OH 43229 | | | | $260,943.46 | $0.00 | $260,943.46 |
| KC Envelope Company, Inc.<br>8638 NE Underground Dr. Suite 149<br>Kansas City, MO 64161 | | Vendor | | | | $27,674.63 |
| Lorain County Treasurer<br>226 Middle Ave<br>Elyria, OH 44035 | | Tax | | | | $35,123.91 |
| Millcraft<br>PO Box 604304<br>Charlotte, NC 28260-4304 | | Vendor | | | | $87,217.26 |
| Northeastern Envelope<br>2 Maxson Drive<br>Old Forge, PA 18518 | | Vendor | | | | $18,617.05 |
| ODK Capital, LLC dba OnDeck<br>4700 W. Daybreak Pkwy | Suite 200<br><br>South Jordan, UT 84009 | | | | | | $95,512.70 |
| Ohio Edison<br>PO Box 3637<br>Akron, OH 44309 | | Vendor | | | | $18,890.52 |
| Ohio Treasurer of State<br>Ohio Department of Taxation<br>PO Box 804<br>Columbus, OH 43216-0804 | | Tax | | | | $30,609.96 |
| Pawnee Leasing<br>P.O. Box 734499<br>Chicago, IL 60673-4499 | | Vendor | | | | $26,746.67 |
| Supremex<br>5331 Tacoma Ave<br>Indianapolis, IN 46220 | | Vendor | | | | $25,386.31 |
| Tavens Container<br>22475 Aurora Rd<br>Bedford, OH 44146 | | Vendor | | | | $34,597.88 |

| Debtor | Envelope Mart of Northeast Ohio, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veritiv Operating Company**<br>**7472 Collection Center D**<br>**Chicago, IL 60693** | | **Vendor** | | | | $50,571.76 |
| **Western States Envelope**<br>**6859 Commodore Drive**<br>**Walbridge, OH 43465** | | **Vendor** | | | | $146,937.98 |

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Envelope Mart of Northeast Ohio, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bradley Thompson** | | | 7% |
| **Brian Thompson** | | | 7% |
| **Robert A. Thompson** | | | 7% |
| **Robert T. Thompson** | | | 79% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 15, 2025**  

Signature  **/s/ Bradley Thompson**  
**Bradley Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Aetna Healthcare
151 Farmington Ave
Hartford, CT 06156


Alegup, LLC


ALEGUP, LLC
1540 Lowell Street
Elyria, OH 44035


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Amerigas
P O Box 371473
Pittsburgh, PA 15250-7473


Amrate, LLC
830 Canterbury Rd.
Westlake, OH 44145


Benchmark Industrial Inc.
950 Claycraft Road
Gahanna, OH 43230


Bernard Specialities
2800 E. 55th St
Cleveland, OH 44104


Bureau of Workers Compensation
State Insurance Fund
Corporate Processing Dept
Columbus, OH 43271-0821


Capital One
P.O. Box 650010
Dallas, TX 75265-0010


Case Paper Co.
499 East Tioga Street
Philadelphia, PA 19134


Central States Commerial Roofing
14554 Maplewood Rd
Townville, PA 16360


Cenveo Worldwide Limited
P.O. Box 74007456
Chicago, IL 60674-7456


Cintas Corporation
PO Box 631025
Cincinnati, OH 45263

City of Elyria
P.O. Box 94594
Cleveland, OH 44101-4594


City Wide Facility Sol.
24950 County Club Blvd
Suite 400
North Olmsted, OH 44070


Columbia Gas
PO Box 16581
Columbus, OH 43216-6581


Curtius Trading, Inc
486 Manget Street
Marietta, GA 30060


Dayton Freight Lines
PO Box 340
Vandalia, OH 45377


Digital Print Solutions
9085 South Freeway Drive
Macedonia, OH 44056


Double Envelope
MSC 7599
PO Box 415000
Nashville, TN 37241-7599


ECO3 Graphics USA Corp
PO Box 18360
Palatine, IL 60055-8360


Elyria Public Ultilities
City of Elyria
PO Box 94594
Cleveland, OH 44101-4594


Envelope 1, Inc.
LB# 3683
PO Box 9438
Minneapolis, MN 55440-9438


Envelope Mart Toledo
2639 Tracy Road
Northwood, OH 43619


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


First Citizens Bank
P O Box 856502
Minneapolis, MN 55485-6502

First Citizens Bank
21146 Network Place
Chicago, IL 60673-1211


FP Mailing Solutions
140N Mitchell Court
Suite 200
Addison, IL 60101-5629


Frantz Ward, LLP
Attn: Andrew M. Hanna
200 Public Square, Suite 3000
Cleveland, OH 44114


Friends Office
P O. Box 1627
Findlay, OH 45839


Galley Printing, Inc.
2892 Westway Drive
Brunswick, OH 44212


Gateway Prod Recycling
4223 East 49th Street
Cleveland, OH 44125


Geisel Heating, Air Cond
633 Broad Street
Elyria, OH 44035


Graphic Media Alliance
PO Box 819
Westerville, OH 43086-0819


HUNTINGTON BANK
PO Box 182387
Columbus, OH 43218-2397


Huntington National Bank
5555 Cleveland Ave
GW1 W37
Columbus, OH 43231


Huntington National Bank
2361 Morse Road
NC1 W37
Columbus, OH 43229


Huntington National Bank
2361 Morse Road
NC1 W37
Columbus, OH 43229


Inontime
7900 Logistic Dr
Zeeland, MI 49464

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199-9941


Internal Revenue Service
P O Box 806531
Cincinnati, OH 45265


Interstate Chemical Co
PO Box 931412
Cleveland, OH 44193-1573


Isuzu Finance of America
2500 Westchester Ave #312
Purchase, NY 10577


Itria Ventures LLC
One Penn Plaza
Suite 3101
New York, NY 10119


KC Envelope Company, Inc.
8638 NE Underground Dr.
Suite 149
Kansas City, MO 64161


Lorain County Treasurer
226 Middle Ave
Elyria, OH 44035


Majkut CPAS LTD
1288 North Abbe Rd, Suite B
Elyria, OH 44035


Marathon Cutting Die
2340 S Foster Ave
Wheeling, IL 60090


Metlife Insurance
200 Park Ave
New York, NY 10166


Millcraft
PO Box 604304
Charlotte, NC 28260-4304


Navitas
111 Executive Center Drive
Suite 102
Columbia, SC 29210


Northeastern Envelope
2 Maxson Drive
Old Forge, PA 18518

ODK Capital, LLC dba OnDeck
4700 W. Daybreak Pkwy | Suite 200
South Jordan, UT 84009


Ohio Edison
PO Box 3637
Akron, OH 44309


Ohio Envelope
5161 W. 164th Street
Brookpark, OH 44142


Ohio Treasurer of State
Ohio Department of Taxation
PO Box 804
Columbus, OH 43216-0804


Papercone
3200 Fern Valley Rd
Louisville, KY 40213


Pawnee Leasing
P.O. Box 734499
Chicago, IL 60673-4499


Pennylane Printing
560 Cleveland Street
Elyria, OH 44035


Pistil Service Corp
15400 S Outer Forty
Road 205
Chesterfield, MO 63017


Pittsburgh Logistics Sys
PO Box 778858
Chicago, IL 60677-8858


Proforma
PO Box 640814
Cincinnati, OH 45264


Regional Income Tax Auth
PO Box 94653
Cleveland, OH 44101-4653


Robert Andrew Thompson
107 Hope Court
Elyria, OH 44035


Robert Half
12400 Collections Center
Chicago, IL 60693

Robert Taylor Thompson
1041 Rosealee Ave
Elyria, OH 44035


Roosevelt Paper
PO Box 826038
Philadelphia, PA 19182-6038


SAIA Motor Freight Line
PO Box 730532
Dallas, TX 75373-0532


Spectrum
PO Box 223085
Pittsburgh, PA 15251


Spooner Inc
28605 Ranney Parkway
Westlake, OH 44145


Standard Envelopes
220 Huff Ave., Suite 600
Greensburg, PA 15601


Supremex
5331 Tacoma Ave
Indianapolis, IN 46220


Tavens Container
22475 Aurora Rd
Bedford, OH 44146


Uline
PO Box 88741
Chicago, IL 60680


Unifirst Corporation
PO Box 650481
Dallas, TX 75265-0481


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Veritiv Operating Company
7472 Collection Center D
Chicago, IL 60693


Vision Net Ltd
Attn: Billing Dept.
7123 Pearl Rd., Suite 309
Cleveland, OH 44130


Western States Envelope
6859 Commodore Drive
Walbridge, OH 43465

```
Wikoff Color Corp.
P. O. Box 734189
Chicago, IL 60673-4189
```

OHNB Form 1007a1

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In re:** | ) | Case No.: _____ |
| | ) | |
| **Envelope Mart of Northeast Ohio, Inc.** | ) | Chapter __11__ |
| **Debtor(s)** | | |

**CORPORATE OWNERSHIP STATEMENT UNDER BR 1007(a)(1)**
**DEBTOR FILING VOLUNTARY BANKRUPTCY CASE**

Pursuant to Bankruptcy Rule 1007(a)(1), __Envelope Mart of Northeast Ohio, Inc.__, a corporate debtor in this case (the "Debtor"), makes the following disclosure(s):

All corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests, are listed below (additional disclosures are listed on attached additional pages, if necessary):

Or ☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interest.

| | |
|---|---|
| **May 15, 2025** | By: **/s/ Michael A Steel** |
| Date | Printed Name: **Michael A Steel 0072367** |
| | Its: **Michael Steel** |
| | **2950 West Market Street Suite G** |
| | **Fairlawn, OH 44333** |
| | |
| | **msteel@steelcolaw.com** |